R. FABIÁN & CO., RECURRENTE, *v.* EL REGISTRADOR DE SAN JUAN,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Pro-
piedad de San Juan, Sección Primera, denegando la ins-
cripción de una escritura de arrendamiento.

No. 236.—Resuelto en julio 15, 1915.

ARRENDAMIENTO—ACTOS DE ADMINISTRACIÓN—PODER EXPRESO.—Si bien el con-
trato de arrendamiento puede considerarse como un acto de administración,
es necesario que el poder para administrar sea conferido.
ID.—ARRENDAMIENTO POR MÁS DE SEIS AÑOS—INSCRIPCIÓN EN EL REGISTRO—
DERECHO REAL—GRAVAMEN.—El arrendamiento por más de seis años que
da al arrendatario, después de inscrito en el registro, un derecho real con-
tra el comprador, constituye una limitación de los derechos del arrendador,
pero no un gravamen.
ID.—ENAJENACIÓN PARCIAL—PODER EXPRESO.—Cuando el arrendamiento es por
más de seis años se considera como una enajenación parcial de la propiedad,
para lo cual es necesario poder expreso.

Poderes—Interpretación Restrictiva.—Los poderes deben ser siempre inter-
pretados restrictivamente.    Véase *Baquero et al.* v. *El Registrador,* 22
D. P. R., 24.

Los hechos están expresados en la opinión.

Abogados de la recurrente: *Sres. Bosch & Soto.*

El registrador recurrido, Sr. José S. Belaval, compareció
por medio de su sustituto Sr. Emigdio S. Ginorio.

El Juez Asociado Sr. Wolf, emitió la opinión del tri-
bunal.

Josefina Finlay confirió poder a su esposo Rafael Fabián
para enajenar, y vender, gravar e hipotecar, ceder y per-
mutar los bienes inmuebles y derechos reales que pertenez-
can a la sociedad conyugal, así como para constituir toda
clase de sociedades y para otorgar làs cancelaciones totales
y parciales de hipotecas que procedan, facultándolo y auto-
rizándolo además para disponer en igual forma de los bienes
muebles e inmuebles, créditos, derechos y acciones de toda
especie que sean exclusivamente de la mandante y para can-
celar las hipotecas que también le pertenezcan particular-
mente.    De conformidad, como se alega, con este poder, el
referido Fabián hizo un contrato de arrendamiento por el
término de seis años y tres meses de una finca urbana de
la propiedad de su esposa, situada en San Juan, calle de San
Justo.    El Registrador de San Juan, Sección 1ª., denegó la
inscripción del contrato de arrendamiento por el fundamento
de que en el poder, en realidad, no se conferían a dicho apo-
derado facultades generales para arrendar, ni poder expreso
para arrendar por más de seis años.

Los recurrentes alegan que la intención de conferir la
facultad para arrendar puede deducirse de las palabras arriba
empleadas.    No podemos estar de acuerdo con esta alega-
ción de los recurrentes.    El acto que aquí se trató de ejecu-
tar no es una venta, gravamen, hipoteca, cesión o permuta.
El contrato de arrendamiento puede, quizás, ser considerado
como un acto de administración, pero ningún poder para ad-
ministrar fué conferido a Rafael Fabián por su esposa.    El

arrendamiento por más de seis años, que da al arrendatario, después de inscrito en el registro, un derecho real contra el comprador, constituye una limitación de los derechos del arrendador, pero no un gravamen. Semejante arrendamiento lo considera la Dirección General de los Registros como una enajenación parcial de la propiedad, para lo cual es necesario un poder expreso. Resolución de noviembre 20, 1900, confirmada por la de octubre 26, 1904. Resoluciones parecidas fueron dictadas en mayo 26, 1906, y mayo 29, 1907.

Este tribunal ha resuelto siempre que los poderes deben ser estrictamente interpretados. *Baquero et al.* v. *El Registrador de San Juan*, 22 D. P. R., 24, y casos citados. La nota debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.